**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**UNITED STATES OF AMERICA**             **PLAINTIFF**

**VS.**             **CRIMINAL NO.: 1:22-cr-43-DMB-DAS-1**

**ROBERT LYLE HITT**             **DEFENDANT**

## ORDER DENYING BOND

This matter came before the court on Defendant's Motion for Bond, Docket [8]. The court having heard and considered the arguments of counsel finds the Motion for Bond should be and is hereby DENIED.

The defendant is detained and shall remain in the custody of the United States Marshal Service pending the Final Revocation Proceedings before the United States District Judge.

SO ORDERED, this the 24th day of June, 2022.

                                                   /s/ Jane M. Virden
                                                   UNITED STATES MAGISTRATE JUDGE